No. 94–5782. McFADDEN v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–5784. BURTON v. CENTRAL INTERSTATE LOW-LEVEL RADIOACTIVE WASTE COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 94–5785. SAADE v. TRIPPETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–5787. DAY v. NORMAN ET AL. Ct. App. Ga. Certiorari denied.

No. 94–5791. POWERS v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 94–5796. FRUCHTMAN v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 94–5799. TARKOWSKI v. ROBERT BARTLETT REALTY ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–5800. ESQUIBEL v. RICE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5804. GARRETT v. KASON INDUSTRIES, INC., ET AL. Super. Ct. Coweta County, Ga. Certiorari denied.

No. 94–5805. KELLEY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–5806. JERNIGAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5807. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5808. BROCKMAN v. SWEETWATER COUNTY SCHOOL DISTRICT NO. 1. C. A. 10th Cir. Certiorari denied.

No. 94–5809. JARRETT v. US SPRINT COMMUNICATIONS CO. C. A. 10th Cir. Certiorari denied.